1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. CR03-222L |
| LYNN ROBERT BREMMEYER, | ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING |
| Defendant. | |

This matter comes before the Court on defendant's Motion to Continue Sentencing Date (Dkt. # 42). Having considered the facts set forth in defendant's motion, the government's response, and the records and files herein, the Court finds that conducting the sentencing hearing on September 8, 2005 would deny defense counsel the time reasonably necessary to prepare for sentencing and would jeopardize counsel's ability to effectively represent defendant.

Accordingly, the motion is GRANTED. Defendant's sentencing hearing is continued from September 8, 2005 to October 17, 2005 at 9:00 a.m.

DATED this 24th day of August, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
CONTINUING SENTENCING HEARING           1